**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

-----------------------------------------------------------------x

Cintas Corporation,                                                          Civ. A. No. 2:26-cv-00302-JFM

        Plaintiff,

        -against-

ImageFIRST Healthcare Laundry Specialists, LLC,

        Defendant.

-----------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF JARED ZUCKER IN SUPPORT OF CINTAS'S**
**MOTION FOR A PRELIMINARY INJUNCTION**

I, Jared Zucker, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

## I.      Background and Position at IST Management Services, Inc.

1. I am currently employed by IST Management Services, Inc. ("IST") in the position of Senior Certified Forensic Analyst.  I have held this position since 3/3/2025 and have been employed by IST for approximately 1 year.

2. IST is a litigation support company, specializing in digital forensics. I have over eight years of experience in digital forensics, including conducting digital forensics in the private sector and in law enforcement.

3. During my law enforcement career, I was employed by the Tempe Police Department (Arizona), where I was assigned to the Critical Investigations Unit, assigned to investigating child exploitation, sex trafficking, internal affairs, digital forensics, and other complex investigations. I hold a double bachelor's degree in public agency management and administration of justice from Northern Arizona University. I am a member of the International Association of Computer Investigative Specialists (IACIS) and have obtained my Certified Computer Forensic Examiner Certification from this organization, in addition to my Certified Advanced Windows Examiner Certification (CAWFE). I have obtained my Cellebrite Certified Operator (CCO) and Cellebrite Physical Analyzer (CCPA) through Cellebrite, along with various other digital forensic certifications and digital forensics courses completed. A sample of some of these courses completed include advanced mobile forensics (Android and iOS), Magnet Axiom, Mac computer forensics, vehicle forensics, and video analysis.

4. I have personal knowledge of the facts set forth in this Declaration, and if called upon to testify, I could and would competently testify to the matters stated herein.

5. I submit this Declaration in support of Cintas' Motion for Preliminary Injunction against Defendant ImageFIRST Healthcare Laundry Specialists, LLC ("ImageFIRST"). I previously submitted a Declaration dated March 27, 2026 in support of the Motion. Dkt. No. 27-15 (hereinafter "Zucker Decl."). The statements in my prior Declaration remain true and correct to the best of my knowledge. I submit this Supplemental Declaration to provide additional facts responsive to ImageFIRST's Opposition to the Motion ("Opposition"), Dkt. No. 35.

## II.      Forensic Examinations

### A.      CIN-003 | Brian Brosnan

6. I performed a forensic review of devices collected from Brian Brosnan. As detailed below, my analysis suggests Brosnan transferred hundreds of documents from his Cintas-issued laptop to a removable storage device in the weeks prior to his departure from Cintas.

7. Cintas provided one computer and one flashdrive/thumbdrive to my Forensic colleague, Chris Childs, at IST's headquarters, 1341 Moreland Ave SE, Atlanta, Georgia, 30316. Mr. Childs received the devices and on 4/15/26, created a physical forensic image of the computer and the flashdrive (referred to as SOW-CIN-003_lap001.E01 and SOW-CIN-003_drive-001.E01 [CIN-003]). The computer was encrypted with BitLocker and the BitLocker recovery key was provided for decryption. These drives were imaged using TD2u.

8. On 4/15/26, I began my forensic examination of the data. Using the physical images created by Mr. Childs, I parsed and analyzed the data using Magnet Axiom. It should be noted, Magnet Axiom decrypted the forensic images utilizing the provided BitLocker recovery key and created a new forensic image "_decrypted.img." This decrypted image is the one used in analysis.

9. I reviewed the flashdrive (SOW-CIN-003_drive-001.E01) first. This flash drive was blank and did not contain files on the drive. This flash drive is not the same drive as recorded on 1/3/2025 on the examined computer.

10. Web history shows email being accessed for account bbrosnan25@gmail.com, and the following information:

https://mail.google.com/mail/u/0/#inbox/FMfcgzQZSZHnfzMfhBHDXLzwxMWDtVjx

Welcome to ImageFIRST! - bbrosnan25@gmail.com – Gmail

1/17/2025 4:47:39.244 PM

From this, I can tell that on January 17, 2025 an email with the subject "Welcome to ImageFIRST!" from that gmail account inbox was opened.

11. Per web history, multiple emails were exchanged with bbrosnan25@gmail.com. I am not able to see who the emails were exchanged with. Emails I identified were the following:

- On 9/23/24, there is an email with the title "CINTAS position and hedging".

- On 12/27/24, there is an email with the title "Ed Orzetti & Brian Brosnan Meeting".

- On 1/17/25, there is an email with the title "Welcome to ImageFIRST!".

12. Emails with attachments were exchanged with bbrosnan25@gmail.com, with the following email attachments:

| Sender Name | Recipients | Subject | Created-UTC | Attachments |
|---|---|---|---|---|
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | Your Receipt | 6/14/2024 15:46 | YourReceipt.pdf |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 5/2/2024 16:24 | IMG_7831.jpeg |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 4/8/2024 13:24 | IMG_7023.jpeg |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 7/15/2024 15:10 | Receipt_13Jun2024_092707.pdf |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 7/26/2024 10:56 | IMG_5039.heic |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | IMG_5722-preview.pvt | 7/26/2024 10:57 | IMG_5722.HEIC |

| | | | | |
|---|---|---|---|---|
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | IMG_0901-preview.pvt | 7/26/2024 10:56 | IMG_0901.HEIC |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 7/26/2024 10:57 | IMG_9628.heic |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | IMG_0645-preview.pvt | 7/26/2024 10:58 | IMG_0645.HEIC |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 7/26/2024 10:57 | IMG_5983.heic |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 7/26/2024 10:59 | IMG_3676.jpg |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 7/26/2024 11:03 | IMG_9628.jpg, IMG_3676.jpg, IMG_9344.jpg, IMG_0645.jpg, IMG_5983.jpg, IMG_5722.jpg, IMG_0901.jpg, IMG_0903.jpg, IMG_5039.jpg |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 9/16/2024 13:38 | statement.pdf |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | [Scan] 2024-10-18 08:18 | 10/18/2024 12:21 | 2024-10-18 08-18.pdf |
| BROSNANB@CINTAS.COM | Vehicle Lease Program <vehicleleaseprogram@cintas.com> | Lease Back Form | 10/18/2024 12:23 | 2024-10-18 08-18.pdf, image001.png |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 11/18/2024 19:21 | IMG_6912.heic |
| Backeberg, Robert | Brosnan, Brian <BrosnanB@cintas.com> | Fwd: fdw7bn shared "Final Resume" with you | 4/23/2024 22:01 | image001.jpg, image002.jpg, image003.png, image004.png, image005.png, image006.png, image007.png, image008.png, image009.png, image010.png, image011.png, image012.png, image013.png, image014.png, image015.jpg |
| Brosnan, Brian | Cornetta, Krystle <CornettaK@cintas.com> | Please print | 5/29/2024 13:29 | CREDIT CARD AUTHORIZATION FORM - Brosnan May 2024.docx, image001.png |
| Brosnan, Brian | bbrosnan25@gmail.com <bbrosnan25@gmail.com> | Fwd: Send data from MFP12055631 04/23/2024 08:35 | 4/26/2024 0:55 | DOC042324-04232024083539.pdf |
| Brosnan, Brian | bbrosnan25@gmail.com <bbrosnan25@gmail.com> | Fwd: Send data from MFP12055631 04/22/2024 12:12 | 4/25/2024 16:26 | DOC042224-04222024121236.pdf |
| Brosnan, Brian | Backeberg, Robert <BackebergR@cintas.com> | Fwd: fdw7bn shared "Final Resume" with you | 4/18/2024 19:27 | image010.jpg, image009.png, image011.png, image012.png, image013.png, image014.png, |

| | | | | image007.png, image015.png, image016.png, image017.png, image018.png, image019.png, image020.png, image021.jpg, Final Resume.docx |
|---|---|---|---|---|

13.    I reviewed cloud storage and found OneDrive had been used on this computer, all of the OneDrive data was associated with only the "Cintas Corporation" OneDrive account. No other cloud storage providers appear to have been used.

14.    I conducted a search for ImageFirst on the laptop, which showed the following:

- Web activity on 1/17/25, which included websites such as "Welcome Aboard", "Tasks Completed", "Talent Community | ImageFIRST Careers ", "Log in to ImageFIRST".

- There was a download of a file called "Associate_Handbook.pdf" on 1/17/25 from "imagefirst.icims.com".

- I located file "Brian Brosnan ImageFIRST.pptx", in the path "\Users\c1183818\OneDrive - Cintas Corporation\Documents\Director\Interview Material\Brian Brosnan ImageFIRST.pptx".

- I created an Excel spreadsheet with the web history information, which I labeled as "CIN-003_Brosnan_Web history.xlsx".

15.    I reviewed Windows Event Logs[1] and USB activity. There were multiple external drives that had been plugged in over time, however one specific drive first connected on 1/3/2025,

---

[1] Windows event logs are records of events that have occurred on a computer running the Windows operating system. These records contain information regarding actions that have taken place on the installed applications, the computer, and the system itself.

and last connected on 1/6/2025. This drive was identified with serial number

"3727081A61FB100024458" and last assigned Windows drive letter "D:".

16. I reviewed JumpLists[2] which showed the following:

| Linked Path | Target File Created-UTC |
|---|---|
| D:\Mentor\Manager Stuff | 1/3/2025 3:38:59 PM |
| D:\Financial Worksheet Brosnan - 10-18-24.xlsx | |
| D:\Mentor | 1/3/2025 3:34:06 PM |
| D:\Financial Worksheet Brosnan - 10-18-24.xlsx | 1/3/2025 3:10:38 PM |
| D:\Leading Contributions\Recruiting | 1/3/2025 3:38:04 PM |
| D:\Leading Contributions | 1/3/2025 3:36:00 PM |
| D:\Mentor Program | 1/3/2025 3:34:31 PM |
| D:\Personal | 1/3/2025 3:27:38 PM |
| D:\Pricing.pptx | 3/9/2023 12:40:39 PM |

17. I reviewed LNK files[3] which showed the following:

| Linked Path | Created-UTC | Last Modified-UTC |
|---|---|---|

---

[2] A jump list is a dynamic menu containing recently accessed files, tasks, or applications. Jump lists were created to allow users quick reference to important or recently used items without having to search for these items on the computer. One of the easiest ways for a user to check their jump list is to right-click any icon in the taskbar. This will bring up the most recently accessed items from that program. In the Windows environment, you can see recently used programs and files by clicking the Start Button (or Icon) and looking at the Recommended items. This can also be expanded out in Windows 11 to show additional file history.

[3] Shortcut files link to an application or file commonly found on a user's desktop or throughout a system and end with an .LNK extension. LNK files can be created by the user or automatically by the Windows operating system. Each has its own value and meaning. Windows-created LNK files are generated when a user opens a local or remote file or document.

| | 12/16/2024 1:07:05 PM | 1/3/2025 3:10:40 PM |
|---|---|---|
| D:\Financial Worksheet Brosnan - 10-18-24.xlsx | | |
| D:\ | 1/3/2025 3:10:40 PM | 1/3/2025 3:10:40 PM |

18.    I reviewed Shellbags[4] which showed the following:

| Path | First Interaction-UTC | Last Interaction-UTC |
|---|---|---|
| My Computer:D:\ | | |
| My Computer:D:\Mentor\ | 1/3/2025 3:48:29 PM | 1/3/2025 3:48:29 PM |
| My Computer:G:\ | | |
| My Computer:G:\Account\ | | 8/21/2023 3:40:20 PM |
| My Computer:G:\Account\Account\ | | 8/21/2023 3:40:20 PM |
| My Computer:G:\Account\Account\2020 fcast\ | | 8/21/2023 3:40:20 PM |
| My Computer:G:\Account\Account\2020 fcast\Location Files\ | 8/21/2023 3:40:20 PM | 8/21/2023 3:40:20 PM |

19.    I created an Excel spreadsheet (I named it "CIN-003_Brosnan_Exported info.xlsx"),

which contained the same data of jumplists, lnk files, and Shellbags. This spreadsheet also includes

following types of documents: Excel, PowerPoint, Word, and PDF. These files identified in the list

had a file system last access date change which was in close proximity to the Jump Lists target file

---

[4] Shellbags are a set of registry keys that store information about the view settings and preferences of folders as they are viewed in Windows Explorer. These settings include details such as icon size, position, view mode (e.g., list, details, tiles), and window size. ShellBags record the state of folder views to provide a consistent and personalized user experience each time a folder is accessed. They effectively remember how a user last viewed a particular folder, even after the folder is closed and reopened, ensuring that the same view settings are applied. This includes local drives, network shares and removable devices.

created date. I verified there was not another system process running (such as an antivirus) that may have interfered with timestamps.

20.    The files in this list ("CIN-003_Brosnan_Exported info.xlsx") are in close proximity of time with the other Windows artifacts[5] on an external drive. Many of these documents contain timestamps that are changing by the millisecond. I am unable to definitively say these additional files were placed on the external drive, however with the totality of information listed above and from the spreadsheet I created, my opinion is that it is likely many of these files were copied in bulk to the external drive. These files were located from Mr. Brosnan's Cintas OneDrive account.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 11, 2026

_Jared Zucker_

_____

Jared Zucker
Senior Certified Forensic Analyst
IST Management Services, Inc.

---

[5] Artifact is a term used to describe a specific item recovered from a piece of digital media. An artifact could be any item to include, an image, a video, a document, a message, a note, a location, an email, or any other file.

2924/88311-010 CURRENT/159619796v3                                    05/11/2026 8:16 PM