**Digital Forensics Letter of Findings**    **IST Discover-E**

**Client:** Cintas Corporation
**SOW:** CIN-001

## IST Discover-E Digital Forensics

# Letter of Findings

**November 10th, 2025 | Provided to** Kyle Miller **on behalf of** Cintas Corporation
**Prepared by Jared Zucker | IST Management Services**

No. 2:26-cv-00302-JFM
**Pltf's Trial Exhibit**

**PX-035**

Confidential Information • Copyright 2025 •    Prepared for Cintas Corporation on 2025-11-10

HIGHLY CONFIDENTIAL / OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO CONFIDENTIALITY ORDER

CINTAS_PI_0090

**Digital Forensics Letter of Findings**        **IST** Discover-E

---

**Table of Contents**

Summary ..................................................................................................................................3

Forensic Examination ...........................................................................................................3

    Windows User Profiles ......................................................................................................3

    Personal Email Address - lunette.nellie2822@yahoo.com .......................................................4

    Work Email Address - LunettaN@cintas.com..........................................................................5

    Windows Event Logs and USB Activity...................................................................................5

    Cloud Storage - OneDrive ....................................................................................................5

    Yahoo Mail/Compose and Documents Last Accessed Comparison ...........................................6

    Additional Windows Artifacts – Shellbags, Jump Lists, LNK Files..............................................6

Conclusion.............................................................................................................................7

Definitions.............................................................................................................................8

---

Confidential Information • Copyright 2025 •                    Prepared for Cintas Corporation on 2025-11-10

HIGHLY CONFIDENTIAL / OUTSIDE COUNSEL'S EYES ONLY                    CINTAS_PI_0091
SUBJECT TO CONFIDENTIALITY ORDER

## Digital Forensics Letter of Findings

**IST Discover-E**

### Summary

On October 9th, 2025, IST Management Services was retained by Cintas Corporation.

IST Management Services was requested to analyze the contents of two laptops that were used by former employee Nellie Lunetta.

### Forensic Examination

Cintas Corporation mailed the computer to IST Forensic Analyst Chris Childs at the IST Office, 1341 Moreland Ave SE, Atlanta, Georgia, 30316. Mr. Childs received the laptops and created a physical forensic image of the drive contained within each laptop. The laptops were encrypted with BitLocker and the BitLocker recovery key was provided for decryption.

On 10/29/25, I began my forensic examination of the data. Using the physical images created by Mr. Childs, I parsed and analyzed the data using Magnet Axiom. It should be noted, Magnet Axiom decrypted the forensic images utilizing the provided BitLocker recovery key and created a new forensic image "_decrypted.img". This decrypted image is the one used in analysis.

Timezone on the computer was set to Pacific Standard Time, which was used as the timezone for my analysis.

---

**Windows User Profiles**

I reviewed the user profiles on the laptop, which showed there were multiple user profiles that had been associated with this laptop.

I located user Windows login user "CINLAPS".

---

Confidential Information • Copyright 2025 •

Prepared for Cintas Corporation on 2025-11-10

HIGHLY CONFIDENTIAL / OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO CONFIDENTIALITY ORDER

CINTAS_PI_0092

# Digital Forensics Letter of Findings

**IST**Discover-E

---

**Personal Email Address - lunette.nellie2822@yahoo.com**

During a review of the parsed artifacts, I located an association with the personal email address "lunette.nellie2822@yahoo.com". I then conducted additional searches with that email address to find if there was any evidence that emails may have been exported out to the personal email address.

Web history which shows Yahoo mail for this account was accessed on a web browser. Dates recorded with this activity (date range: August 2025-October 2025):

- 8/19/25
- 8/20/25
- 8/29/25
- 9/3/25
- 9/4/25
- 9/5/25
- 9/8/25
- 9/12/25
- 9/19/25
- 10/10/25

Web history which shows Yahoo mail-compose URL's for this account was accessed on a web browser. Dates recorded with this activity (date range: August 2025-October 2025):

- 9/3/25
- 9/19/25
- 10/10/25

Microsoft Teams calendar invite organized by JRonan@imagefirst.com, with the attendees listed as lunetta.nellie2822@yahoo.com, BPeterson@imagefirst.com. The summary was listed as "Nellie, Brian, JH connect". The start date of the invite was listed as 9/19/25 at 0900 am.

Multiple emails were exchanged between lunette.nellie2822@yahoo.com and LunettaN@cintas.com. Emails I identified (containing attachments with them) between the two were the following:

Fw: Your Monday, Oct 14, 2024 - Wednesday, Oct 16, 2024 Stay at AC Hotel Cincinnati at Liberty Center    11/6/2024
October chase    11/15/2024
Sept chase    11/15/2024
August chase    11/15/2024
Mtg Statements ~ Nellie    11/15/2024
Fw: Your Thursday, Apr 24, 2025 - Friday, Apr 25, 2025 Stay at Sheraton Agour BURAH  5/27/2025
FW: Signing complete: .California Residential Purchase Agreement - 7/24    11/11/2024
RE: Req New Service ~ No Service Now    12/30/2024
Fw: Frontdoor® Pro Moen Flo Installation Invoice (ID: 0083-4781)    12/30/2024
Fw: Non Acute Healthcare - Business Report June through November    1/6/2025
FW: Insurance    1/6/2025
RHF    3/24/2025
MVP most Curtains sold FY25    7/23/2025
FW: Women In Industry Leadership Summit 2025    9/8/2025

---

4

Confidential Information • Copyright 2025 •    Prepared for Cintas Corporation on 2025-11-10

HIGHLY CONFIDENTIAL / OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO CONFIDENTIALITY ORDER    CINTAS_PI_0093

# Digital Forensics Letter of Findings

**ISTDiscover-E**

---

### Work Email Address - LunettaN@cintas.com

During a review of the parsed artifacts, I located an association with the work email address "LunettaN@cintas.com".

On 6/16/25, Nellie emailed Sabrina Frias and Elizabeth Ruiz with Image First the following:

*"Hello Sabrina & Elizabeth!*

*My name is Nellie Lunetta and I'm a Healthcare Major Acct Mgr. for Cintas. I cover the SoCal market and from time to time I will run across a prospect who is in need of a linen vendor and as you know, we don't provide that service.*
*We will be handling the scrubs and hygiene portion of their proposal but they asked me if I knew of a linen company that we partner with and I thought of your company immediately.*

*Please advise how long you will need to provide linen pricing for the items listed.*
*They're broken down by site ~ one of these sheets has 2 sites listed I believe. If you have any questions please feel free to reach out ~ my cell # is provided below.*

*Looking forward to working with you!*

*Thank you,*

*Nellie Lunetta"*

Additionally, on 8/20/25, there was a calendar invite between Nellie and Sabrina titled "Mt. San Antonio Gardens Presentation". There are other emails exchanged, and a collection of Nellie's work email for review is recommended, rather than relying just which emails are stored directly on the computers.

---

### Windows Event Logs and USB Activity

I reviewed the event logs and USB activity on the laptops, which showed a microSD USB device had been connected. One with a drive letter of D:\ and another with a drive letter of E:\. However, no other artifacts were located that indicated files were transferred to that USB device.

---

### Cloud Storage - OneDrive

I reviewed cloud storage and found OneDrive had been used on this computer. However, all of the OneDrive data was associated with only the "Cintas Corporation" OneDrive account.

A file was located in the OneDrive with the file name "Image First - Bump - 3.14.24.xlsx". This was identified during a keyword search of "Image First".

Confidential Information • Copyright 2025 •    Prepared for Cintas Corporation on 2025-11-10

HIGHLY CONFIDENTIAL / OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO CONFIDENTIALITY ORDER

CINTAS_PI_0094

## Digital Forensics Letter of Findings

**IST Discover-E**

---

**Yahoo Mail/Compose and Documents Last Accessed Comparison**

I reviewed web history accessing a compose section of Yahoo Mail and compared it with file system last access dates of Excel spreadsheets and Word documents. I am unable to determine if files were emailed through Yahoo webmail, however there are web history artifacts of accessing Yahoo Mail compose within a close timeframe of file system last access dates of specific files. I highlighted some of this activity below:

| | | |
|---|---|---|
| YahooMail | https://mail.yahoo.com/n/compose/7874802416?.src=ym&reason=myc | 9/3/2025 8:31:32.000 PM |
| Document | Alveranga Bros Invoice2.docx | 9/3/2025 8:31:44.006 PM |
| YahooMail | https://mail.yahoo.com/n/compose/7183141536?.src=ym&reason=myc | 9/3/2025 9:30:26.912 PM |
| Document | Letter of Rec Template.docx | 10/10/2025 11:42:49.250 PM |
| Document | FAS Phone Scripts_PHONE.docx | 10/10/2025 11:42:59.080 PM |
| Document | Behavioral Health Funnel.xlsx | 10/10/2025 11:43:12.506 PM |
| Document | Healthcare Defined Acute (Apr 2024).xls | 10/10/2025 11:45:11.061 PM |
| Document | HHCLA .NEW MLA Allowance  Price Setup.xlsx | 10/10/2025 11:45:13.664 PM |
| Document | FY24 PC Ranking May - Healthcare.xlsx | 10/10/2025 11:50:45.012 PM |
| Document | Alveranga Bros Invoice1.docx | 10/10/2025 11:50:51.090 PM |
| Document | Nellie Lunetta - Resume 2025.docx | 10/10/2025 11:51:04.734 PM |
| Document | Coachella Rental Agreement 6.2025.pdf | 10/10/2025 11:51:16.950 PM |
| YahooMail | https://mail.yahoo.com/n/compose/0765074964?.src=ym&reason=myc | 10/10/2025 11:52:47.947 PM |
| Document | CA Lease Agreement - Coachella .docx | 10/10/2025 11:53:21.801 PM |
| YahooMail | https://mail.yahoo.com/n/compose/0789865141?.src=ym&reason=myc | 10/10/2025 11:54:04.000 PM |
| Document | Nellie Letter of Recommendation.docx | 10/10/2025 11:54:44.092 PM |
| Document | Nellie Lunetta Letter Of Recommendation From Kyle Hendix.docx | 10/10/2025 11:54:44.125 PM |
| Document | MDR Route Dynamics update - Adrian Routes 5.21.xlsx | 10/10/2025 11:55:17.955 PM |
| Document | MDR Route Dynamics update - ARios June 2020.xlsx | 10/10/2025 11:55:20.075 PM |
| Document | Quarterly Bonus Discrepancy Form.xls | 10/10/2025 11:55:26.882 PM |
| Document | AIO Group USA - Proposal.xlsx | 10/10/2025 11:55:53.001 PM |
| Document | Ventura Post Acute - Premier .docx | 10/10/2025 11:56:34.477 PM |
| Document | Sunset Manor Weekly Volume Estimate.pdf | 10/10/2025 11:56:42.360 PM |
| Document | Beecan Health_IDN Matrix_Invoice Detail 3.2025.xlsx | 10/10/2025 11:57:01.730 PM |
| Document | Beecan Health_MHA Navigator RSA MLA 3.2025.docx | 10/10/2025 11:57:02.771 PM |
| Document | Beecan Health_GPO Cost Analysis_MHA Navigator 4.2025.xlsx | 10/10/2025 11:57:09.283 PM |
| Document | Casa Colina AV and Lucerne.xlsx | 10/10/2025 11:57:42.475 PM |
| Document | ACHC Proposal.xlsx | 10/10/2025 11:57:53.345 PM |
| YahooMail | https://mail.yahoo.com/n/compose/0789865141?.src=ym&reason=myc | 10/10/2025 11:57:55.406 PM |
| Document | HC_Cintas_LookBook.pdf | 10/10/2025 11:58:20.566 PM |
| Document | Casa Colina ~ Vizient RSA local agreement.docx | 10/10/2025 11:59:10.722 PM |
| Document | Sales Rep Distribution List - Nellie_01 Spe2023.xlsx | 10/10/2025 11:59:15.676 PM |

---

**Additional Windows Artifacts – Shellbags, Jump Lists, LNK Files**

I reviewed additional various Windows artifacts, which included: shellbags, jump lists, and lnk files. These artifacts were reviewed specifically looking for files associated with a different hard drive, besides the internal C:\ of the laptop.

No evidence was located to show that files had been associated with a drive other than the internal C:\ drive.

---

6

Confidential Information • Copyright 2025 •                Prepared for Cintas Corporation on 2025-11-10

HIGHLY CONFIDENTIAL / OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO CONFIDENTIALITY ORDER                CINTAS_PI_0095

**Digital Forensics Letter of Findings**          **IST**Discover-E

### Conclusion

At this time, I finished my review of the requested devices. There are email exchanges between personal email and work email which contained attachments. There are web history artifacts showing Yahoo emails accessing a "compose" URL, near when Cintas Corporation documents have updated file system last access dates.

Due to Yahoo email being cloud based accessed via a web browser, it is unknown what specifically occurred during the compose URL being accessed. However, some of these occurred on her last day of employment with Cintas Corporation. It is possible that files with those last access dates updated during the time period of the Yahoo compose web artifacts, may have been added as attachments to an email within the Yahoo email system.

I created a list of definitions to assist with understanding some of the artifacts referred in the attachment reports.


Sincerely,

Jared Zucker, CFCE, CAWFE
Senior Certified Forensic Analyst
IST Management Services

---

7

Confidential Information • Copyright 2025 •          Prepared for Cintas Corporation on 2025-11-10

HIGHLY CONFIDENTIAL / OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO CONFIDENTIALITY ORDER          CINTAS_PI_0096

## Digital Forensics Letter of Findings

**ISTDiscover-E**

### Definitions

**Artifact:** This is a term used to describe a specific item recovered from a piece of digital media. An artifact could be any item to include, an image, a video, a document, a message, a note, a location, an email, or any other file.

**Jump Lists:** A jump list is a dynamic menu containing recently accessed files, tasks, or applications. Jump lists were created to allow users quick reference to important or recently used items without having to search for these items on the computer. One of the easiest ways for a user to check their jump list is to right-click any icon in the taskbar. This will bring up the most recently accessed items from that program. In the Windows environment, you can see recently used programs and files by clicking the Start Button (or Icon) and looking at the Recommended items. This can also be expanded out in Windows 11 to show additional file history. (Magnet Forensics)

**LNK Files:** Shortcut files link to an application or file commonly found on a user's desktop or throughout a system and end with an .LNK extension. LNK files can be created by the user or automatically by the Windows operating system. Each has its own value and meaning. Windows-created LNK files are generated when a user opens a local or remote file or document. (Magnet Forensics)

**Shellbags**: Shellbags are a set of registry keys that store information about the view settings and preferences of folders as they are viewed in Windows Explorer. These settings include details such as icon size, position, view mode (e.g., list, details, tiles), and window size. ShellBags record the state of folder views to provide a consistent and personalized user experience each time a folder is accessed. They effectively remember how a user last viewed a particular folder, even after the folder is closed and reopened, ensuring that the same view settings are applied. This includes local drives, network shares and removable devices. (Magnet Forensics)

**Windows Event Logs:** Windows event logs are records of events that have occurred on a computer running the Windows operating system. These records contain information regarding actions that have taken place on the installed applications, the computer, and the system itself. (Sumo Logic)

Confidential Information • Copyright 2025 •                    Prepared for Cintas Corporation on 2025-11-10

HIGHLY CONFIDENTIAL / OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO CONFIDENTIALITY ORDER                    CINTAS_PI_0097