**Digital Forensics Letter of Findings**    **IST Discover-E**

**Client:** Cintas Corporation
**SOW:** CIN-003

# IST Discover-E Digital Forensics

# Letter of Findings

**May 6th, 2026 | Provided to Kyle Miller on behalf of Cintas Corporation
Prepared by Jared Zucker | IST Management Services**

No. 2:26-cv-00302-JFM
**Pltf's Trial Exhibit**

**PX-037**

1

Confidential Information • Copyright 2026 •        Prepared for Cintas Corporation on 2026-05-06

HIGHLY CONFIDENTIAL / OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO CONFIDENTIALITY ORDER

CINTAS_PI_0104

# Digital Forensics Letter of Findings

**IST Discover-E**

## Table of Contents

Summary ............................................................................................................................. 3

Forensic Examination ......................................................................................................... 3

    Flash Drive ..................................................................................................................... 3

    Windows User Profiles ................................................................................................... 3

    Personal Email Address - bbrosnan25@gmail.com ...................................................... 4

    Work Email Address – BrosnanB@cintas.com .............................................................. 4

    Windows Event Logs and USB Activity .......................................................................... 5

    Cloud Storage - OneDrive ............................................................................................. 5

    Keyword Searches ......................................................................................................... 6

    Additional Windows Artifacts – Shellbags, Jump Lists, LNK Files ................................. 6

    Additional Information .................................................................................................... 7

Conclusion .......................................................................................................................... 7

Definitions ........................................................................................................................... 8

Confidential Information • Copyright 2026 •              Prepared for Cintas Corporation on 2026-05-06

HIGHLY CONFIDENTIAL / OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO CONFIDENTIALITY ORDER

CINTAS_PI_0105

# Digital Forensics Letter of Findings

**IST** Discover-E

## Summary

IST Management Services was retained by Cintas Corporation.

On April 8th, 2026, IST Management Services was requested to analyze the contents of one laptop and one flash drive that were used by former employee Brian Brosnan.

## Forensic Examination

Cintas Corporation mailed the computer to IST Forensic Analyst Chris Childs at the IST Office, 1341 Moreland Ave SE, Atlanta, Georgia, 30316. Mr. Childs received the devices and created a physical forensic image of the drive contained within the laptop, as well as the flash drive. The laptop was encrypted with BitLocker and the BitLocker recovery key was provided for decryption.

On 4/15/26, I began my forensic examination of the data. Using the physical image created by Mr. Childs, I parsed and analyzed the data using Magnet Axiom. It should be noted, Magnet Axiom decrypted the forensic images utilizing the provided BitLocker recovery key and created a new forensic image "_decrypted.img". This decrypted image is the one used in analysis. I also used Magnet Axiom to examine the flash drive. Additionally, USB Detective and Magnet Axiom were used to examine this data.

Timezone on the computer was set to Eastern Standard Time, however UTC was used as the timezone for my analysis.

| Flash Drive |
| --- |
| I reviewed the data on the flash drive. However, this flash drive was blank and did not contain files on the drive. This flash drive is not the same drive as recorded on 1/3/2025 on the examined computer. |

| Windows User Profiles |
| --- |
| I reviewed the user profiles on the laptop, which showed there were multiple user profiles that had been associated with this laptop.<br><br>I located user Windows login user "c1183818". |

Confidential Information • Copyright 2026 •               Prepared for Cintas Corporation on 2026-05-06

HIGHLY CONFIDENTIAL / OUTSIDE COUNSEL'S EYES ONLY                    CINTAS_PI_0106
SUBJECT TO CONFIDENTIALITY ORDER

## Digital Forensics Letter of Findings

**IST** Discover-E

---

### Personal Email Address - bbrosnan25@gmail.com

During a review of the parsed artifacts, I located an association with the personal email address "bbrosnan25@gmail.com". I then conducted additional searches with that email address to find if there was any evidence that emails may have been exported out to the personal email address.

Web history shows email being accessed for account bbrosnan25@gmail.com.

On 9/19/24, there is an email with the title "Plumbing proposal: Labor and Material".

On 9/23/24, there is an email with the title "CINTAS position and hedging".

On 12/27/24, there is an email with the title "Ed Orzetti & Brian Brosnan Meeting".

On 1/17/25, there is an email with the title "Welcome to ImageFIRST!".

Two PDF's sent from his Cintas email to his personal email on 4/25/24-4/26/24 with following file name and subject:
Fwd: Send data from MFP12055631 04/23/2024 08:35
DOC042324-04232024083539.pdf

Fwd: Send data from MFP12055631 04/22/2024 12:12
DOC042224-04222024121236.pdf

---

### Work Email Address – BrosnanB@cintas.com

During a review of the parsed artifacts, I located an association with the work email address "BrosnanB@cintas.com".

I located emails with this work email and the personal email bbrosnan25@gmail.com.

| Sender Name | Recipients | Subject | Created-UTC | Attachments |
|---|---|---|---|---|
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | Your Receipt | 6/14/2024 15:46 | YourReceipt.pdf |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 5/2/2024 16:24 | IMG_7831.jpeg |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 4/8/2024 13:24 | IMG_7023.jpeg |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 7/15/2024 15:10 | Receipt_13Jun2024_092707.pdf |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 7/26/2024 10:56 | IMG_5039.heic |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | IMG_5722-preview.pvt | 7/26/2024 10:57 | IMG_5722.HEIC |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | IMG_0901-preview.pvt | 7/26/2024 10:56 | IMG_0901.HEIC |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 7/26/2024 10:57 | IMG_9628.heic |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | IMG_0645-preview.pvt | 7/26/2024 10:58 | IMG_0645.HEIC |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 7/26/2024 10:57 | IMG_5983.heic |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 7/26/2024 10:59 | IMG_3676.jpg |

Confidential Information • Copyright 2026 •                    Prepared for Cintas Corporation on 2026-05-06

HIGHLY CONFIDENTIAL / OUTSIDE COUNSEL'S EYES ONLY                    CINTAS_PI_0107
SUBJECT TO CONFIDENTIALITY ORDER

# Digital Forensics Letter of Findings

**IST Discover-E**

| | | | | |
|---|---|---|---|---|
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 7/26/2024 11:03 | IMG_9628.jpg, IMG_3676.jpg, IMG_9344.jpg, IMG_0645.jpg, IMG_5983.jpg, IMG_5722.jpg, IMG_0901.jpg, IMG_0903.jpg, IMG_5039.jpg |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 9/16/2024 13:38 | statement.pdf |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | [Scan] 2024-10-18 08:18 | 10/18/2024 12:21 | 2024-10-18 08-18.pdf |
| BROSNANB@CINTAS.COM | Vehicle Lease Program <vehicleleaseprogram@cintas.com> | Lease Back Form | 10/18/2024 12:23 | 2024-10-18 08-18.pdf, image001.png |
| Brian Brosnan <bbrosnan25@gmail.com> | Brosnan, Brian <BrosnanB@cintas.com> | | 11/18/2024 19:21 | IMG_6912.heic |
| Backeberg, Robert | Brosnan, Brian <BrosnanB@cintas.com> | Fwd: fdw7bn shared "Final Resume" with you | 4/23/2024 22:01 | image001.jpg, image002.jpg, image003.png, image004.png, image005.png, image006.png, image007.png, image008.png, image009.png, image010.png, image011.png, image012.png, image013.png, image014.png, image015.jpg |
| Brosnan, Brian | Cornetta, Krystle <CornettaK@cintas.com> | Please print | 5/29/2024 13:29 | CREDIT CARD AUTHORIZATION FORM - Brosnan May 2024.docx, image001.png |
| Brosnan, Brian | bbrosnan25@gmail.com <bbrosnan25@gmail.com> | Fwd: Send data from MFP12055631 04/23/2024 08:35 | 4/26/2024 0:55 | DOC042324-04232024083539.pdf |
| Brosnan, Brian | bbrosnan25@gmail.com <bbrosnan25@gmail.com> | Fwd: Send data from MFP12055631 04/22/2024 12:12 | 4/25/2024 16:26 | DOC042224-04222024121236.pdf |
| Brosnan, Brian | Backeberg, Robert <BackebergR@cintas.com> | Fwd: fdw7bn shared "Final Resume" with you | 4/18/2024 19:27 | image010.jpg, image009.png, image011.png, image012.png, image013.png, image014.png, image007.png, image015.png, image016.png, image017.png, image018.png, image019.png, image020.png, image021.jpg, Final Resume.docx |

## Windows Event Logs and USB Activity

I reviewed the event logs and USB activity on the laptops, which showed USB devices had been connected. One with a drive letter of D:\.

| Serial/UID | Description | First Connected (UTC) | Last Connected (UTC) | Last Disconnected (UTC) | Volume |
|---|---|---|---|---|---|
| 3727081A61FB100024458 | Flash USB Disk USB | 1/3/2025 12:51 | 1/6/2025 14:33 | 1/6/2025 19:21 | D:\ |
| 372711018171243000000 | Flash USB Disk USB | 10/24/2023 14:58 | 10/24/2023 14:58 | 10/24/2023 14:58 | D:\ |
| 7&2b4c4f9c | Garmin S10 Flash USB | 6/19/2023 12:16 | 6/19/2023 12:20 | 6/19/2023 12:20 | D:\ |
| 415060000012347 | General USB Flash Disk USB | 3/9/2023 12:40 | 3/9/2023 12:48 | 3/9/2023 12:49 | EVOKO |
| 080A0F120E201509 | USB 3.0  SD Card Reader USB | 8/23/2023 16:53 | 8/23/2023 16:56 | 8/23/2023 20:01 | D:\ |

## Cloud Storage - OneDrive

Confidential Information • Copyright 2026 •                     Prepared for Cintas Corporation on 2026-05-06

HIGHLY CONFIDENTIAL / OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO CONFIDENTIALITY ORDER                                            CINTAS_PI_0108

**Digital Forensics Letter of Findings**    **IST** Discover-E

I reviewed cloud storage and found OneDrive had been used on this computer. However, all of the OneDrive data was associated with only the "Cintas Corporation" OneDrive account.

---

### Keyword Searches

I conducted a search for ImageFirst, which showed web activity on 1/17/25, which included websites such as "Welcome Aboard", "Tasks Completed", "Talent Community | ImageFIRST Careers", "Log in to ImageFIRST". There was a download of a file called "Associate_Handbook.pdf" on 1/17/25 from "imagefirst.icims.com".

I located file "Brian Brosnan ImageFIRST.pptx", in the path "\Users\c1183818\OneDrive - Cintas Corporation\Documents\Director\Interview Material\Brian Brosnan ImageFIRST.pptx".

I created an Excel spreadsheet with the web history information, identified as "CIN-003_Brosnan_Web history.xlsx".

---

### Additional Windows Artifacts – Shellbags, Jump Lists, LNK Files

I reviewed additional various Windows artifacts, which included: shellbags, jump lists, and lnk files. These artifacts were reviewed specifically looking for files associated with a different hard drive, besides the internal C:\ of the laptop.

**JumpLists**

| Linked Path | Target File Created-UTC |
|---|---|
| D:\Mentor\Manager Stuff | 1/3/2025 3:38:59 PM |
| D:\Financial Worksheet Brosnan - 10-18-24.xlsx | |
| D:\Mentor | 1/3/2025 3:34:06 PM |
| D:\Financial Worksheet Brosnan - 10-18-24.xlsx | 1/3/2025 3:10:38 PM |
| D:\Leading Contributions\Recruiting | 1/3/2025 3:38:04 PM |
| D:\Leading Contributions | 1/3/2025 3:36:00 PM |
| D:\Mentor Program | 1/3/2025 3:34:31 PM |
| D:\Personal | 1/3/2025 3:27:38 PM |
| D:\Pricing.pptx | 3/9/2023 12:40:39 PM |

**LNK Files**

| Linked Path | Created-UTC | Last Modified-UTC |
|---|---|---|
| D:\Financial Worksheet Brosnan - 10-18-24.xlsx | 12/16/2024 1:07:05 PM | 1/3/2025 3:10:40 PM |
| D:\ | 1/3/2025 3:10:40 PM | 1/3/2025 3:10:40 PM |

**Shellbags**

| Path | First Interaction-UTC | Last Interaction-UTC |
|---|---|---|

Confidential Information • Copyright 2026 •    Prepared for Cintas Corporation on 2026-05-06

HIGHLY CONFIDENTIAL / OUTSIDE COUNSEL'S EYES ONLY    CINTAS_PI_0109
SUBJECT TO CONFIDENTIALITY ORDER

## Digital Forensics Letter of Findings     **IST Discover-E**

| | | |
|---|---|---|
| My Computer:D:\ | | |
| My Computer:D:\Mentor\ | 1/3/2025 3:48:29 PM | 1/3/2025 3:48:29 PM |
| My Computer:G:\ | | |
| My Computer:G:\Account\ | | 8/21/2023 3:40:20 PM |
| My Computer:G:\Account\Account\ | | 8/21/2023 3:40:20 PM |
| My Computer:G:\Account\Account\2020 fcast\ | | 8/21/2023 3:40:20 PM |
| My Computer:G:\Account\Account\2020 fcast\Location Files\ | 8/21/2023 3:40:20 PM | 8/21/2023 3:40:20 PM |

**Additional Information**

I reviewed additional various Windows artifacts, which included: shellbags, jump lists, and lnk files. These artifacts were reviewed specifically looking for files associated with a different hard drive, besides the internal C:\ of the laptop.

I created an Excel spreadsheet with data related to the export.
File: CIN-003_Brosnan_Exported info.xlsx

This file includes the Jump Lists, LNK files, and Shellbags information in this new document with additional information. It includes USB Device history, specifically for 1/3/2025-1/6/2025. The USB device history shows two devices, however it is the same device.

I then exported a list of the following types of documents: Excel, PowerPoint, Word, and PDF. These files in the list had a file system last access date change which was in close proximity to the Jump Lists target file created date. I verified there was not another system process running (such as an antivirus) that may have interfered with timestamps.

The files in this list are in close proximity of time with the other Windows artifacts on an external drive. Many of these documents contain timestamps that are changing by the millisecond. I am unable to definitively say these additional files were placed on the external drive, however with the totality of information, my opinion is that it is likely many of these files were copied in bulk to the external drive. These files were located from Mr. Brosnan's Cintas OneDrive account.

### Conclusion

At this time, I finished my review of the requested devices. There are email exchanges between personal email and work email which contained attachments. There are files that were found on an external drive. Additional review for these specific files may be required.

I created a list of definitions to assist with understanding some of the artifacts referred in the attachment reports.

Sincerely,

7

Confidential Information • Copyright 2026 •          Prepared for Cintas Corporation on 2026-05-06

HIGHLY CONFIDENTIAL / OUTSIDE COUNSEL'S EYES ONLY          CINTAS_PI_0110
SUBJECT TO CONFIDENTIALITY ORDER

# Digital Forensics Letter of Findings

**IST**Discover-E

Jared Zucker, CFCE, CAWFE
Senior Certified Forensic Analyst
IST Management Services

## Definitions

**Artifact:** This is a term used to describe a specific item recovered from a piece of digital media. An artifact could be any item to include, an image, a video, a document, a message, a note, a location, an email, or any other file.

**Jump Lists:** A jump list is a dynamic menu containing recently accessed files, tasks, or applications. Jump lists were created to allow users quick reference to important or recently used items without having to search for these items on the computer. One of the easiest ways for a user to check their jump list is to right-click any icon in the taskbar. This will bring up the most recently accessed items from that program.  In the Windows environment, you can see recently used programs and files by clicking the Start Button (or Icon) and looking at the Recommended items. This can also be expanded out in Windows 11 to show additional file history. (Magnet Forensics)

**LNK Files:** Shortcut files link to an application or file commonly found on a user's desktop or throughout a system and end with an .LNK extension. LNK files can be created by the user or automatically by the Windows operating system. Each has its own value and meaning. Windows-created LNK files are generated when a user opens a local or remote file or document. (Magnet Forensics)

**Shellbags**: Shellbags are a set of registry keys that store information about the view settings and preferences of folders as they are viewed in Windows Explorer. These settings include details such as icon size, position, view mode (e.g., list, details, tiles), and window size. ShellBags record the state of folder views to provide a consistent and personalized user experience each time a folder is accessed. They effectively remember how a user last viewed a particular folder, even after the folder is closed and reopened, ensuring that the same view settings are applied.  This includes local drives, network shares and removable devices. (Magnet Forensics)

**Windows Event Logs:** Windows event logs are records of events that have occurred on a computer running the Windows operating system. These records contain information regarding actions that have taken place on the installed applications, the computer, and the system itself. (Sumo Logic)

Confidential Information • Copyright 2026 •                    Prepared for Cintas Corporation on 2026-05-06

HIGHLY CONFIDENTIAL / OUTSIDE COUNSEL'S EYES ONLY                    CINTAS_PI_0111
SUBJECT TO CONFIDENTIALITY ORDER