**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CINTAS CORPORATION** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-302** |
| | : | |
| **IMAGEFIRST HEALTHCARE** | : | |
| **LAUNDRY SPECIALISTS, LLC** | : | |

# ORDER

**AND NOW**, this 27th day of October 2026, and in light of Cintas Corporation's motion to dismiss (DI 84) ImageFIRST Healthcare Laundry Specialists, LLC's counterclaims (DI 68), ImageFIRST's response (DI 89), and Cintas's reply (DI 90), it is **ORDERED** that Cintas's motion to dismiss (DI 84) is **GRANTED IN PART** and **DENIED IN PART.**

1. We **DISMISS** ImageFIRST's California Unfair Competition Law "Unfair" counterclaim (Count I), Pennsylvania common law unfair competition counterclaim (Count IV), Defend Trade Secrets Act counterclaim (Count V), and Pennsylvania Uniform Trade Secrets Act counterclaim (Count VI).
2. Counts I and IV are dismissed **WITHOUT PREJUDICE**. Counts V and VI are dismissed **WITH PREJUDICE**.
3. We **DENY** Cintas's motion to dismiss ImageFIRST's remaining counterclaims — that is, those for Unlawful Business Practices under the California Unfair Competition Law (Count II) and under Massachusetts General Laws Chapter 93A (Count III).

**MURPHY, J.**